UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YAOAN HE,<br><br>             Petitioner,<br><br>     v.<br><br>WILLIAM BARR, et al.,<br><br>             Respondents. | Case No. C19-622-JCC-MLP<br><br>REPORT AND RECOMMENDATION |

Petitioner initiated this 28 U.S.C. § 2241 immigration habeas action, through counsel, to obtain release from detention. (Dkt. # 1.) Petitioner was subsequently released on an order of supervision. (Dkt. # 8-1.) Accordingly, the Government moves to dismiss this action as moot. (Dkt. # 8.) Petitioner did not file an opposition to the motion.

Under Article III of the U.S. Constitution, federal courts may adjudicate only actual, ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because Petitioner's habeas petition seeks only release from detention (*see* dkt. # 1 at 5), his claims have been fully resolved.

*See id.* at 1065. Accordingly, there is no collateral consequence that could be redressed by the Court, and Petitioner's habeas petition must be dismissed as moot. *See id.*

The Court thus recommends that the Government's motion to dismiss (dkt. # 8) be GRANTED and this action be DISMISSED without prejudice. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **fourteen (14)** days after the filing of this Report and Recommendation. Objections, and any response, shall not exceed three pages. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar **fourteen (14)** days after they are served and filed. Responses to objections, if any, shall be filed no later than **fourteen (14)** days after service and filing of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on the date that objections were due.

Dated this 4th day of June, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2