THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YAOAN HE,<br><br>              Petitioner,<br><br>   v.<br><br>WILLIAM BARR, *et al*.,<br><br>              Respondents. | CASE NO. C19-0622-JCC<br><br>ORDER |

This matter comes before the Court on the report and recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 11). The Court, having reviewed Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Dkt. No. 1), the Government's motion to dismiss as moot (Dkt. No. 8), and Judge Peterson's report and recommendation (Dkt. No. 11), hereby ORDERS that:

1. The Court ADOPTS the report and recommendation (Dkt. No. 11);
2. The Government's motion to dismiss as moot (Dkt. No. 8) is GRANTED;
3. This action is DISMISSED without prejudice; and
4. The Clerk is DIRECTED to send copies of this order to the parties and to Judge Peterson.

//

//

//

1 | DATED this 20th day of June 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE